**PANHANDLE EASTERN PIPE LINE CO., Petitioner**

v.

**FEDERAL POWER COMMISSION.**

No. 16417.

United States Court of Appeals
Eighth Circuit.

Oct. 6, 1960.

G. R. Redding, Indianapolis, Ind., Raymond N. Shibley, Washington, D. C., and Jeff A. Robertson, Kansas City, Mo., for petitioner.

Willard W. Gatchell and Howard E. Wahrenbrock, Washington, D. C., for respondent.

PER CURIAM.

Petition for review of Orders of Federal Power Commission dismissed, on motion by petitioner, with unpaid costs to be borne by petitioner.

---

**Andrew BARRICK, Trustee, et al., Appellant,**

v.

**AMERICAN BAKERIES COMPANY et al., Appellees.**

No. 14008.

United States Court of Appeals
Sixth Circuit.

Nov. 9, 1960.

Robert L. Barton, Columbus, Ohio, and John G. Cardinal, Cleveland, Ohio, Hornbeck, Knachel, McLaughlin & Ritter, and Harold H. Kahn, Cleveland, Ohio, on brief, for appellants.

Frank C. Heath, Cleveland, Ohio, and John D. Barricklow, Asst. Atty. Gen., Columbus, Ohio, Thomas P. Mulligan, Jones, Day, Cockley & Reavis, Cleveland, Ohio, and Mark McElroy, Atty. Gen., on brief, for appellees.

Before McALLISTER, Chief Judge, and MARTIN and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed, 162 F.Supp. 882, on the findings of fact and conclusions of law of Judge Jones.

---

**Melvin C. PERKINS, Appellant,**

v.

**Preston M. BANSTER and W. T. Ard, Appellees.**

No. 8228.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 21, 1960.

Decided Nov. 28, 1960.

Melvin C. Perkins, pro se.

Leon H. A. Pierson, U. S. Atty., Baltimore, Md., and Robert E. Cahill, Asst. U. S. Atty., Baltimore, Md., on brief, for appellees.

Before SOBELOFF, Chief Judge, and HAYNSWORTH and BOREMAN, Circuit Judges.

PER CURIAM.

After hearing plaintiff's appeal from an order dismissing the proceedings as frivolous, we affirm for the same reason and refer for details to the opinion of the District Court, 190 F.Supp. 98 (Md., 1960).

Affirmed.